Penny RAY, a.k.a. Lei Ping, Plaintiff–Appellant,

v.

David K. HARRIS, Defendant–Appellee.

Nos. 00–16110, 00–16334.

D.C. No. CV–00–20451–JW.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.*

Decided May 31, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM **

Penny Ray, at all relevant times a federal prisoner in California, appeals pro se the district court's judgment dismissing her action against an official of the United States Customs Department. We have jurisdiction under 28 U.S.C. § 1291. We review de novo dismissals pursuant to 28 U.S.C. § 1915A, *see Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.[1]

The district court properly dismissed Ray's action because a judgment in favor of Ray would necessarily imply the invalidity of her sentence, and she did not show that her sentence had been invalidated.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

1. Here, we consolidate Ray's companion appeal, No. 00–16334, with appeal No. 00–16110.

*See Martin v. Sias,* 88 F.3d 774, 775 (9th Cir.1996) (order).

We deny Ray's April 9, 2001 motion to file Excerpts of Record.

Appeal Nos. 00–16110 and 00–16334 are AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.